| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Gypsum Resources Materials, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arizona Drilling Blasting<br>1302 W. Drivers Way<br>Tempe, AZ 85284 | Teresa Dawson<br>tdawson@fisherind.com<br>480-730-1033 | Trade Debt | | | | $856,357.64 |
| Broadbent & Associates, Inc.<br>8 West Pacific Ave<br>Henderson, NV 89015 | Kirk Stowers<br>kstowers@broadbentinc.com<br>702-563-0000 | Trade Debt | | | | $66,519.25 |
| Country Financial<br>1701 N. Towanda Ave.<br>Bloomington, IL 61701-2057 | Larry Ransom<br>larry.ransom@countryfinancial.com<br>702-395-3640 | Insurance | | | | $53,542.04 |
| Crestmark Equipment Finance<br>PO Box 233756<br>3756 Momentum Place<br>Chicago, IL 60689-5337 | David Dieck<br>ddieck@crestmark.com<br>248-593-3940 | Trade Debt | | $156,335.52 | $0.00 | $156,335.52 |
| Gilbert Development Corporation<br>6249 W. Gilbert Industrial Court<br>Hurricane, UT 84737 | Keith Gilbert<br>keith@gilbertdevelopment.com<br>435-701-1903 | Trade Debt | | | | $104,721.82 |
| Health Plan of Nevada<br>P.O. Box 749546<br>Los Angeles, CA 90074-9546 | Ferchie Abad Santos<br>702-240-8948 | Insurance | | | | $47,427.41 |
| Herc Rentals Inc.<br>P.O. Box 241566<br>Cleveland, OH 44124 | Douglas Forhecz<br>(239) 301-1444 | Lien on Blue Diamond Mine | | | | $24,154.92 |

Debtor **Gypsum Resources Materials, LLC**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Hitachi Capital America Corp.<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | Laura McGarry<br>lmcgarry@hitachicapitalamerica.com<br>203-956-3000 | Guaranty of Motor Vehicle Security Agreement | | $28,693.29 | $0.00 | $28,693.29 |
| Kenworth Sales Company<br>3033 Losee Road<br>North Las Vegas, NV 89030 | Matt Borchardt<br>mborchardt@kensco.com<br>702-399-2424 | Trade Debt | | $92,253.92 | $0.00 | $92,253.92 |
| Kimball Equipment Company<br>3838 Octagon Road<br>North Las Vegas, NV 89030 | Kirk Rainbolt<br>krainbolt@kimballequipment.com<br>702-308-9884 | Trade Debt | | | | $27,065.23 |
| Ogletree Deakins Nash Smoak & Stewart PC<br>3800 Howard Hughes Pkwy Suite 1500<br>Las Vegas, NV 89169 | Jill Garcia<br>jill.garcia@ogletree.com<br>702-369-6809 | Professional Services | | | | $39,997.53 |
| Sanders Construction, Inc.<br>P.O. Box 92707<br>Henderson, NV 89009-0967 | Danny Sanders<br>Danny@blastwest.com<br>702-327-5600 | Trade Debt | | | | $226,875.22 |
| State of Nevada - Division of Environmen<br>901 S. Stewart Street, Suite 4001<br>Carson City, NV 92614 | 775-687-4670 | | | | | $44,329.79 |
| TEC Equipment Inc.<br>PO Box 11272<br>Portland, OR 30009 | Zach White<br>zwhite@tecequipment.com<br>702-574-0895 | Trade Debt | | | | $177,238.82 |
| Total Quality Logistics, LLC<br>PO Box 634558<br>Cincinnati, OH 45263-4558 | Kellsey Barger<br>kbarger@tql.com<br>800-580-3101 | Trade Debt | | | | $49,183.45 |
| Trinity Logistics Inc.<br>11148 Tamarisk Rd<br>Adelanto, CA 92301 | Brittany Murphy<br>brittany.murphy@trinitylogistics.com<br>302-990-3623 | Trade Debt | | | | $70,645.03 |

Debtor **Gypsum Resources Materials, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Rentals**<br>**File 51122**<br>**Los Angeles, CA**<br>**85072-3267** | **Credit Department**<br><br>**704-916-4814** | **Trade Debt** | | | | $38,976.99 |
| **United Site Services**<br>**P.O. Box 53267**<br>**Phoenix, AZ 89123** | **Gina Davis**<br><br>**gina.davis@united siteservices.com**<br>**669-234-5030** | **Trade Debt** | | | | $24,908.17 |
| **VT Construction**<br>**4750 Copper Sage St**<br>**Las Vegas, NV 89115** | **Kendy Park**<br><br>**kendy@vtconstruct ion.org**<br>**702-658-7195** | **Trade Debt** | | | | $38,704.50 |
| **Wyatt Best**<br>**1630 E Manning #312**<br>**Reedley, CA 93654** | **Wyatt Best**<br><br>**wbest@cv-ag.com**<br>**360-912-0311** | **Trade Debt** | | | | $35,000.00 |