**Electronically Filed: December 6, 2019**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Raymond Thompson*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>GYPSUM RESOURCES MATERIALS, LLC,<br><br>☒ Affects GYPSUM RESOURCES MATERIALS, LLC<br>☐ Affects GYPSUM RESOURCES, LLC<br>☐ Affects all Debtors<br><br><br><br><br>Debtor. | Case No.: BK-S-19-14796-MKN<br><br>Jointly Administer with Case No. BK-S-19-14799<br><br>Chapter 11<br><br>**STIPULATION TO RESOLVE MOVANT'S RELIEF FROM DEBTOR'S AUTOMATIC STAY AND VACATE MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date: January 8, 2020<br>Hearing Time: 9:30 a.m. |
|---|---|

Debtor GYPSUM RESOURCES MATERIALS, LLC ("Debtor"), the above-captioned debtor and debtor in possession and creditor Raymond Thompson ("Movant"), through their respective counsel, hereby stipulate, agree, and jointly move the Court as follows to resolve Movant's *Motion for Relief from Automatic Stay* ("Motion"), at ECF No. 412, and vacate said Motion. The parties request that the Court, finding the resolution fair and equitable, enter the order as agreed upon by the parties and provided below.

**WHEREAS:**

1. On December 3, 2019, Movant sought relief from the automatic stay to pursue certain personal injury claims against Debtor.

2. Debtor and Movant, through their respective counsel, have negotiated in good faith and have agreed upon the terms that follow.

**NOW, THEREFORE, IT IS AGREED THAT:**

3. Movant is entitled to relief from the automatic stay in the above-captioned bankruptcy case to pursue a lawsuit against Debtor and its employee, Smith, and proceed until a final resolution is reached, including but not limited to the entry of a judgment;

4. Collections against Debtor on any final resolution of such lawsuit will be limited to Debtor's insurance proceeds, and, if Debtor's Case remains pending, distributions made to unsecured creditors through Debtor's Case.

5. Movant's relief from the automatic stay should be deemed effective immediately and without delay;

6. This Stipulation resolves Movant's *Motion for Relief from Automatic Stay*, ECF No. 412, currently scheduled for January 8, 2020, at 9:30 a.m. and such Motion should be vacated and taken off calendar.

DATED this ___ day of December, 2019.     DATED this ___ day of December, 2019.

ANDERSEN LAW FIRM, LTD.                    FOX ROTHSCHILD LLP

/s/ Ryan A. Andersen                       /s/
Ryan A. Andersen, Esq.                     Brett Axelrod, Esq.
Nevada Bar No. 12321                       Nevada Bar No. 5859
Email: *ryan@vegaslawfirm.legal*           Email: *baxelrod@foxrothschild.com*
Ani Biesiada, Esq.                         Lynnel M. Reyes
Nevada Bar No. 14347                       Nevada Bar No. 14604
Email: *ani@vegaslawfirm.legal*            Email: *lreyes@foxrothschild.com*
101 Convention Center Drive                1980 Festival Plaza Dr.
Suite 600                                  Suite 700
Las Vegas, Nevada 89109                    Las Vegas Nevada 89135

*Counsel for Raymond Thompson*             *Counsel for Debtor*