_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
May 17, 2021

LEE HIGH, LTD.
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: e.high@lee-high.com

Attorneys for Interested Party
Jefferson Loflin

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | Case No. BK-S-19-14796-MKN |
|---|---|
| GYPSUM RESOURCES MATERIALS, LLC, | Jointly Administered with Case No. BK-S-19-14799-MKN |
| ☐ Affects Gypsum Resources Materials, LLC<br>☐ Affects Gypsum Resources, LLC<br>X Affects all Debtors | Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** |

The Court, having reviewed and considered the <u>Stipulation For Relief From The Automatic Stay</u> ("<u>Stipulation</u>"),[1] made by and between Gypsum Resources Materials, LLC and Gypsum Resources, LLC (collectively, "<u>Debtors</u>"), by and through their counsel, Brett A. Alexrod, Esq., Fox

---

[1] All capitalized words and phrases not otherwise defined hearing shall have the meanings given to them in the Stipulation.

Rothschild, LLP, and interested party Jefferson Loflin ("Loflin"), by and through his counsel, Lee High Ltd., to terminate the automatic stay and waive claims against the Debtors' bankruptcy estates, and for good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is APPROVED in its entirety.

IT IS HEREBY FURTHER ORDERED that the automatic stay pursuant to 11 U.S.C. § 362(a) shall be terminated for the purpose of allowing Loflin to propound discovery on the Debtors to assist him with his claims against Kosey in the State Court Case.

IT IS HEREBY FURTHER ORDERED that Loflin's claims against the Bankruptcy Estate are zero.

IT IS HEREBY FURTHER ORDERED that nothing in this Stipulation shall prevent Loflin from pursuing his worker's compensation claims outside of the Debtor's Bankruptcy Estate.

**IT IS SO ORDERED.**

Respectfully submitted by:

LEE HIGH LTD.

By: /s/ Elizabeth A. High, Esq.
ELIZABETH A. HIGH, ESQ.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: (775) 324-1011
*Attorneys for Interested Party*
*Jefferson Loflin*