1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Debtor*

| Electronically Filed November 2, 2021 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

GYPSUM RESOURCES
MATERIALS, LLC,

☐ Affects Gypsum Resources Materials, LLC
☐ Affects Gypsum Resources, LLC
☒ Affects all Debtors

Case No. BK-S-19-14796-mkn

Jointly Administered with
Case No. BK-S-19-14799-mkn

Chapter 11

**NOTICE OF ENTRY OF ORDER APPROVING FOURTH STIPULATION TO EXTEND DEADLINES IN CONNECTION WITH THE ORDER ESTABLISHING BIDDING PROCEDURES AND DEADLINES RELATING TO SALE PROCESS FOR CERTAIN OF DEBTORS' INDUSTRIAL REAL PROPERTY AND RESIDENTIAL REAL PROPERTY ASSETS HEARING [ECF NO. 1466]**

Old Sale Hearing Date:  November 9, 2021
Old Sale Hearing Time:  9:30 a.m.

**New Sale Hearing Date:  December 13, 2021**
**New Sale Hearing Time:  9:30 a.m.**

**PLEASE TAKE NOTICE** that on the 2nd day of November, 2021 the Court entered an *Order Approving Fourth Stipulation to Extend Deadlines in Connection with the Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Certain of Debtors' Industrial Real Property*

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

124773004.1

1  *and Residential Real Property Assets Hearing [ECF No. 1466]* [ECF No. 1706], a copy of which is

2  attached hereto.

3  **FOX ROTHSCHILD LLP**

4  By: _____ */s/Brett A. Axelrod* _____
        BRETT A. AXELROD, ESQ.

5      Nevada Bar No. 5859
       1980 Festival Plaza Drive, Suite 700

6      Las Vegas, Nevada 89135
       *Counsel for Debtors*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

124773004.1





Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 02, 2021

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-19-14796-mkn |
| GYPSUM RESOURCES MATERIALS, LLC, | Jointly Administered with Case No. BK-S-19-14799-mkn |
| ☐ Affects Gypsum Resources Materials, LLC<br>☐ Affects Gypsum Resources, LLC<br>☒ Affects all Debtors | Chapter 11 |

**ORDER APPROVING FOURTH STIPULATION TO EXTEND DEADLINES IN CONNECTION WITH THE ORDER ESTABLISHING BIDDING PROCEDURES AND DEADLINES RELATING TO SALE PROCESS FOR CERTAIN OF DEBTORS' INDUSTRIAL REAL PROPERTY AND RESIDENTIAL REAL PROPERTY ASSETS HEARING [ECF NO. 1466]**

Old Sale Hearing Date:    November 9, 2021
Old Sale Hearing Time:    9:30 A.m.

**New Sale Hearing Date: December 13, 2021**
**New Sale Hearing Time: 9:30 a.m.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Active\124918691

The Court having reviewed and considered the *Fourth Stipulation to Extend Deadlines in Connection with the Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Certain of Debtors' Industrial Real Property and Residential Real Property Assets Hearing [ECF No. 1466]* [ECF No. 1704] (the "Stipulation"), and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation, a copy of which is attached hereto as **Exhibit A**, is APPROVED.

IT IS FURTHER ORDERED that that the Bid Deadline is extended to November 15, 2021;

IT IS FURTHER ORDERED that that the Auction shall be held on December 1, 2021 at 9:00 a.m. via zoom at the offices of Fox Rothschild, LLP;

IT IS FURTHER ORDERED that the deadline to file objections to the Sale is extended to December 2, 2021 at 5:00 p.m.;

IT IS FURTHER ORDERED that Debtors' deadline to file their reply to any objections to the Sale shall be December 9, 2021 at 5:00 p.m.; and

IT IS FURTHER ORDERED that the Sale Hearing shall be held on December 13, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Prepared and Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: *Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtors*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Active\124918691

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Active\124918691

1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859

2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Suite 700

3  Las Vegas, Nevada 89135
   Telephone: (702) 262-6899

4  Facsimile: (702) 597-5503

5  Email: baxelrod@foxrothschild.com
   *Counsel for Debtors*

6

| | Electronically Filed November 1, 2021 |

7              **UNITED STATES BANKRUPTCY COURT**

8                     **DISTRICT OF NEVADA**

9  In re                                    Case No. BK-S-19-14796-mkn

10 GYPSUM RESOURCES                         Jointly Administered with
   MATERIALS, LLC,                          Case No. BK-S-19-14799-mkn

11

12 ☐ Affects Gypsum Resources Materials,    Chapter 11
   LLC

13 ☐ Affects Gypsum Resources, LLC          **FOURTH STIPULATION TO EXTEND**
   ☒ Affects all Debtors                    **DEADLINES IN CONNECTION WITH**

14                                          **THE ORDER ESTABLISHING BIDDING**
                                            **PROCEDURES AND DEADLINES**

15                                          **RELATING TO SALE PROCESS FOR**
                                            **CERTAIN OF DEBTORS' INDUSTRIAL**

16                                          **REAL PROPERTY AND RESIDENTIAL**
                                            **REAL PROPERTY ASSETS**

17                                          **HEARING [ECF NO. 1466]**

18

19                                          Old Sale Hearing Date:    November 9, 2021
                                            Old Sale Hearing Time:    9:30 a.m.

20

21                                          **New Sale Hearing Date:   December 13, 2021**
                                            **New Sale Hearing Time:  9:30 a.m.**

22

23        Gypsum Resources Materials, LLC, and Gypsum Resources, LLC (collectively, the

24 "Debtors"), debtors and debtors in possession in the above-captioned jointly administered chapter 11

25 cases (the "Chapter 11 Cases"), by and through their undersigned counsel, the law firm of Fox

26 Rothschild LLP; the Office of the United States Trustee (the "Trustee"); The Eliot A. Alper Revocable

27 Trust Dated March 22, 1999 ("Alper") by and through its undersigned counsel, the law firm of Lewis

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

127062525.1

Roca Rothgerber Christie LLP; Casa Lender, LLC ("Casa") by and through its counsel, the law firm of Garman Turner Gordon LLC; Cashman Equipment Company ("Cashman"), by and through its counsel, the law firm of Howard & Howard Attorneys PLLC; and Rep-Clark, LLC, by and through its counsel Snell & Wilmer, LLP, ("Rep-Clark", and together with the Trustee, Alper, Casa, Cashman and the Debtors, the "Parties"), stipulate and agree as follows (the "Stipulation"):

## RECITALS

A.    WHEREAS, on July 26, 2019 (the "Petition Date"), Debtors each filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Cases;

B.    WHEREAS, on July 1, 2021, Debtors filed a *Motion for Entry of (I) an Order (A) Approving Auction and Sale Format and Bidding Procedures, (B) Approving form Notice to be Provided to Interested Parties; (C) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest or Otherwise Best Bidder; and (II) an Order Authorizing the Sale of the Property Free and Clear of All Claims, Liens and Encumbrances* [Docket No. 1390], *as amended* on July 12, 2021 [Docket No. 1430] (the "Motion");

C.    WHEREAS, on July 23, 2021, the Court entered its *Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Certain of Debtors' Industrial Real Property and Residential Real Property Assets hearing* [Docket No. 1466] (the "Procedures Order");

D.    WHEREAS, on September 24, 2021 the Parties filed a *Second Stipulation to Extend Deadlines in Connection with the Order Establishing Bidding Procedures and Deadlines Relating to Sale Process for Certain of Debtors' Industrial Real Property and Residential Real Property Assets Hearing [ECF No. 1466]* [Docket No. 1620]; and the Court entered an Order approving the Stipulation [Docket No. 1624];

E.    WHEREAS, the Bid Deadline is November 1, 2021;

F.    WHEREAS, the Auction is to be held on November 3, 2021 at 9:00 a.m.

G.    WHEREAS, the date for the Sale Hearing is November 9, 2021 at 9:30 a.m.;

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

H.      WHEREAS, the deadline to file objections to the Sale is November 5, 2021 at 5:00 p.m.;

I.      WHEREAS, the Debtors' deadline to file their reply to any objections to the Sale is November 8, 20201 at 12:00 p.m.;

J.      WHEREAS, the Parties desire to extend the deadlines set forth in the Procedures Order;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that the Bid Deadline is extended to November 15, 2021;

IT IS FURTHER STIPULATED AND AGREED that the Auction shall be held on December 1, 2021 at 9:00 a.m. via zoom at the offices of Fox Rothschild, LLP;

IT IS FURTHER STIPULATED AND AGREED that the deadline to file objections to the Sale is extended to December 2, 2021 at 5:00 p.m.;

IT IS FURTHER STIPULATED AND AGREED that Debtors' deadline to file its reply to any objections to the Sale shall be December 9, 2021 at 5:00 p.m.; and

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

127062525.1

1    IT IS STIPULATED AND AGREED that the Sale Hearing shall be held December 13, 2021

2    at 9:30 a.m.

3    Dated this 1st day of November 2021.

4    **FOX ROTHSCHILD LLP**              **OFFICE OF THE UNITED STATES TRUSTEE**

5

6    By: */s/ Brett A. Axelrod*           By: */s/ Edward M. McDonald*              .
         BRETT A. AXELROD, ESQ.              EDWARD M. MCDONALD, JR.

7        Nevada Bar No. 5859                 Trial Attorney
         1980 Festival Plaza Drive, Suite 700   300 Las Vegas Boulevard So., Ste. 4300

8        Las Vegas, Nevada 89135            Las Vegas, NV 89101
         *Counsel for Debtors*

9    **SNELL & WILMER L.L.P.**            **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

10

11   By: */s/ Robert R. Kinas*            By: */s/ Ogonna M. Brown*
         ROBERT R. KINAS, ESQ.              OGONNA M. BROWN, ESQ.

12       Nevada Bar No. 6019                Nevada Bar No. 7589
         3883 Howard Hughes Pkwy., Suite 1100   3993 Howard Hughes Pkwy., Suite 600

13       Las Vegas, Nevada 89169           Las Vegas, Nevada 89169-5996
         *Counsel for Rep-Clark, LLC*       *Attorneys for The Eliot A. Alper*

14                                          *Revocable Trust Dated March 22, 1999*

15   **HOWARD & HOWARD ATTORNEYS PLLC**    **GARMAN TURNER GORDON LLP**

16

17   By: */s/ Jennifer R. Lloyd*          By: */s/ Talitha Gray Kozlowski*
         JENNIFER R. LLOYD, ESQ.            TALITHA GRAY KOZLOWSKI, ESQ.

18       Nevada Bar. No. 9617               Nevada Bar No. 9040
         JASON P. WEILAND, ESQ.             7251 Amigo Street, Suite 210

19       Nevada Bar No. 12127               Las Vegas, Nevada 89119
         3800 Howard Hughes Pkwy., Suite 1000   *Counsel for Casa Lender LLC*

20       Las Vegas, Nevada 89169

21       *Attorneys for Plaintiff,*
         *Cashman Equipment Company*

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

127062525.1